IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03318-MJW

HOTEDGE LLC,

    Plaintiff,

v.

HOTROOF ICE SOLUTIONS, LLC,

    Defendant,

---

**ORDER ON PLAINTIFF'S
MOTION FOR SUBSTITUTED SERVICE
ON DEFENDANT HOTROOF ICE SOLUTIONS, LLC**
( Docket No. 11 )

---

Plaintiff HotEdge LLC seeks an order for substituted service on defendant HotRoof Ice Solutions, LLC ("HotRoof") pursuant to Fed. R. Civ. P. 4(h)(1)(a), Fed. R. Civ. P. 4(e)(1) and Colo. R. Civ. P. 4(f) (the "Motion"). The Court GRANTS the Motion. The Court has further decided that the manner of service herein ordered will be reasonably effective to give the defendant HotRoof notice of this suit.

IT IS THEREFORE ORDERED that service upon Defendant may be effected by sending a copy of the Complaint, Civil Cover Sheet, Corporate Disclosure Statement, Summons, USPTO Report of Action Regarding a Trademark, Magistrate Judge Consent Form, Order Setting Scheduling/Planning Conference, the Motion and this Order by Registered U.S. Mail, to Leonard Shortino at 7812 S Lafayette Way, Centennial, Colorado 80122 and by hand delivering a copy to

Shortino at 7812 S Lafayette Way, Centennial, Colorado 80122. Service shall be deemed complete on the date of hand delivery to Shortino at 7812 S Lafayette Way, Centennial, Colorado 80122.

Dated: January 13, 2015

SO ORDERED,

_____
Hon. Michael J. Watanabe
U.S. Magistrate Judge