IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03318-MJW

HOTEDGE LLC,

Plaintiff,

v.

HOTROOF ICE SOLUTIONS, LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Vacate Scheduling Conference and Deadline to File the Pilot Program Consent Form (Docket No. 14) is granted as follows.  The deadline to file the Pilot Program Consent Form is extended up to and including **February 26, 2015.**  The Scheduling Conference set on February 12, 2015, at 9:30 a.m. is VACATED and RESET on March 12, 2015, at 9:00 a.m.  The parties shall file their proposed Scheduling Order on or before March 5, 2015.  The Scheduling Conference will be vacated if a notice of settlement or a stipulated motion to dismiss is filed prior to the date of the Scheduling Conference.

Date: January 21, 2015