IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03318-MJW

HOTEDGE LLC,

Plaintiff,

v.

HOTROOF ICE SOLUTIONS, LLC,

Defendant.

---

## ORDER FOR DISMISSAL WITH PREJUDICE (Docket No. 21)

This matter is before the Court on the parties Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Court, having reviewed the Stipulation and being fully advised in the premises, hereby GRANTS the Stipulation for Dismissal with Prejudice and hereby ORDERS that the above-captioned case is hereby DISMISSED WITH PREJUDICE, without costs to either party. The Court shall retain jurisdiction of this matter to enforce the Settlement Agreement entered by these parties on February 25, 2015, *if the parties can Demonstrate independent jurisdiction.*

Dated this 26th day of February, 2015

BY THE COURT

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO